732 A.2d 514

IN THE MATTER OF MARIA P. FORNARO,
AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on December 23, 1998, having filed a report with the Court concluding that **MARIA P. FORNARO** of **MORRISTOWN**, and who was suspended from practice for a period of three months effective March 24, 1998, and who remains suspended at this time, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failing to give client an accounting of services rendered), and good cause appearing;

It is ORDERED that **MARIA P. FORNARO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.